IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LEVI GRIFFIN,

      Appellant,

v.

SGT. CRAWFORD, SGT.,
INDIVIDUAL CAPACITY,
FELICIA NOBLES, WARDEN,
INDIVIDUAL CAPACITY, SGT.
HOLLOWAY, SGT.,
INDIVIDUAL CAPACITY,
REGIONAL DIRECTOR, JOHN
DOE (FDOC), INDIVIDUAL
CAPACITY, CLASSIFICATION
DEPT., JOHN DOE,
INDIVIDUAL CAPACITY,
FLORIDA DEPARTMENT OF
CORRECTIONS, JOHN DOE,
INDIVIDUAL CAPACITY, C/O
HARRIS, C/O, INDIVIDUAL
CAPACITY, CAPTAIN
HARRAL, CAPT., INDIVIDUAL
CAPACITY, COLONEL OF
A.C.I. TERRY, COLONEL,
INDIVIDUAL CAPACITY,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2440

Opinion filed March 1, 2016.

An appeal from the Circuit Court for Leon County.
James C. Hankinson, Judge.

Levi Griffin, Pro Se, Appellant.

Pamela Jo Bondi, Attorney General, and Lisa Kuhlman Tietig, Assistant Attorney General, Tallahassee, for Appellees.

PER CURIAM.

AFFIRMED.

WOLF, ROWE, and SWANSON, JJ., CONCUR.